IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MICHELLE RICHARDSON             PLAINTIFF

V.        CASE NO.: 5:14-CV-5316

SHERIFF TIM HELDER; NURSE RHONDA
BRADLEY; OFFICER S. JOHNSON; and
OFFICER TIPOCLA             DEFENDANTS

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 27) filed in this case on August 27, 2015, by the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY.** Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's Complaint (Doc. 1) is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED on this 9th day of October, 2015.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE