IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MICHELLE RICHARDSON                                          PLAINTIFF

V.                      CASE NO.: 5:14-CV-5316

SHERIFF TIM HELDER; NURSE RHONDA
BRADLEY; OFFICER S. JOHNSON; and
OFFICER TIPOCLA                                          DEFENDANTS

## JUDGMENT

For the reasons set forth in the Court's Order filed contemporaneously herewith,

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED** this 9th day of October, 2015.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE